■ In the Matter of CLYDE DOGGETT, Petitioner, v SALLY B.

JOHNSON, as Superintendent of Orleans Correctional Facility, et al., Respondents. [595 NYS2d 707] —Motion for leave to appeal denied. Memorandum: Pursuant to CPLR 5514 (a), petitioner will have 30 days from the date of this Court's order denying this motion to file and serve a notice of appeal as of right *(see,* CPLR 5514 [a]). After the appeal has been taken, respondents may renew their motion to dismiss. Present—Callahan, J. P., Pine, Balio, Lawton and Boomer, JJ.